

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rebecca Leeann Hill, Appellant

No. 06-21-00061-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29286). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Rebecca Leeann Hill, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 27, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk